### No. 3170.—A. Voinche *v.* F. Villemarette.

The collection of a note, the consideration of which is shown to be Confederate treasury notes and money lost in playing cards, can not be judicially enforced. And if judgment has been given in the court below for a portion of the note, and the evidence shows that the entire note is tainted with illegality, the Supreme Court will, in the interest of public policy, reject the whole demand.

APPEAL from the Seventh District Court, parish of Avoyelles. *Miller,* J. *Irion, Overton & Cullom,* for plaintiff and appellant. *S. R. Thorpe,* for defendant and appellee.

Ludeling, C. J. This is an action on a note for $1300, with interest. The defense is that the consideration of the note was illegal.

There was judgment in favor of the plaintiff for $10 65, and the plaintiff has appealed.

The evidence proves that the note sued on was given to replace three others which had been given for Confederate money and money lost at cards.

The note is tainted with illegality, and courts of justice will not lend their aid to enforce its collection. 1 Parsons on Contracts, 456; 6 Rob., 115; 21 An. 325; 22 An. 462; art. 127 Constitution.

It is our duty under the law and in the interest of public policy to reject the whole demand. It is therefore ordered that the judgment of the lower court be avoided and reversed, and that the plaintiff's demand be rejected, with costs of both courts.